MRS. R. G. SHERRILL AND D. & S. MOTOR COMPANY v.
C. W. ROBERTSON.

(Filed 20 October, 1926.)

APPEAL by defendant from *Barnhill, J.,* at March Term, 1926, of
WAKE. No error.

*R. Pearson Upchurch for plaintiff.*
*B. C. Beckwith for defendant.*

PER CURIAM. The plaintiffs instituted this action to recover a
judgment for $164.70. They alleged that Mrs. Sherrill was the owner
of a Star sedan which had been damaged by the wrongful and negli-
gent conduct of the defendant's son; that the defendant had authorized
her to have the car repaired by the D. & S. Motor Company at his
expense; that the repairs were made and that the cost was the amount
sued for. The defendant denied the alleged agreement and contended
that he was not liable for the negligence of his son (who was twenty-
three years of age) in driving a car owned by a third party. On the
trial there was evidence tending to show that his son had been charged
in the city court with reckless driving and that upon the defendant's
agreement to pay the damage the judgment against the son was sus-
pended. It is argued that such an agreement should not be enforced
because it is contrary to public policy. *Respess v. Spinning Co.,* 191
N. C., 809. The defendant, however, expressly denied that he had made
any agreement in consideration of a suspended judgment. This ques-
tion was not presented to the jury, the issues which were answered
against the defendant being whether he had agreed to pay for the
repairs, and if so the amount he was due. We find
  No error.